IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HENRY JOHNSON,
      Plaintiff,

vs.                                  CASE NO.: 5:04cv225/SPM/MD

JACKSON COUNTY JAIL, et al.,
      Defendants.

---

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff initiated this action through the filing of a civil rights complaint and motion to proceed *in forma pauperis* (docs. 1 & 2).  Permission to proceed *in forma pauperis* was granted (doc. 4) and plaintiff' was ordered to correct the deficiencies in his complaint.  Plaintiff, over the course of the last year and a half, has been given many opportunities to amend his complaint and has filed first, second and third amended complaints, which were all found to be deficient.  Plaintiff has requested numerous extensions of time to file his complaints, the last being filed on December 1, 2005.  This motion was granted and plaintiff was given thirty (30) additional days to file his fourth amended complaint (doc. 49).  After receiving no response from plaintiff, on January 17, 2006, an order to show cause issued giving plaintiff twenty (20) days to show cause why the case should not be dismissed (doc. 50).  However, there still has been no response from plaintiff.

      Accordingly, it is respectfully RECOMMENDED:

      That this case be dismissed for failure to prosecute and failure to comply with an order of the court.

      At Pensacola, Florida, this 21st day of February, 2006.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).