## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**HENRY JOHNSON,**

      **Plaintiff,**

**vs.**                                       **5:04-CV-225-SPM**

**JACKSON COUNTY JAIL, *et. al*,**

      **Defendants.**

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
### AND DISMISSING CASE

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 51) filed February 21, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  To date, no objections have been received.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

      Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The magistrate judge's report and recommendation (doc. 51) is adopted and incorporated by reference in this order.

2.      This case is *dismissed* for failure to prosecute and failure to obey

court orders.


**DONE AND ORDERED** this <u>twenty-fourth</u> day of March, 2006.


<u>  s/ Stephan P. Mickle        </u>
Stephan P. Mickle
United States District Judge

/pao